RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for JENNIFER ANN FULCHER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JENNIFER ANN FULCHER,<br><br>             Defendant. | Case No. 3:14-cr-00063-LRH-WGC<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE RE REVOCATION HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for JENNIFER ANN FULCHER and NICHOLAS A. TRUTANICH, United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, I/A re Revocation of Supervised Release hearing set for July 14, 2020, at 3:00 PM, be vacated and continued to July 22, 2020, at 3:00 PM.

/ / /

/ / /

This Stipulation is entered into for the following reasons:

Ms. Fulcher is scheduled to appear before this court for a Revocation Hearing on July 14, 2020, at 3:00 PM. Undersigned counsel request that this matter be continued to July 22, 2020, at 3:00 PM, to allow the parties to continue negotiations toward a resolution of this matter.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. Ms. Fulcher is currently on bond.

3. The parties agree to the continuance.

4. This is the first request for a continuance.

DATED this 8th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for<br>JENNIFER ANN FULCHER | By */s/ Richard Casper*<br>RICHARD CASPER<br>Assistant United States Attorney<br>Counsel for the Government |

2

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Initial Appearance re Revocation Hearing currently set for July 14, 2020, at 3:00 PM, be vacated and continued to July 22, 2020, at 3:00 PM.

DATED this 9th day of July, 2020.

*William G. Cobb*
―――――――――――――――――――
U.S. MAGISTRATE JUDGE