UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JENNIFER ANN FULCHER,<br><br>                              Defendant. | Case No. 3:14-cr-00063-LRH-WGC<br><br>MINUTE ORDER<br><br>August 18, 2020 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:    NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):           NONE APPEARING

COUNSEL FOR DEFENDANT(S):           NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

   Before the court is the government's Notice of Appearance and Substitution of Counsel (ECF No. 63) in which the government seeks to substitute in Richard B. Casper in the place of James E. Keller and Elizabeth Olson White.  Good cause appearing,

   IT IS HEREBY ORDERED that the government's Notice of Appearance and Substitution of Counsel (ECF No. 63) is GRANTED.

   IT IS SO ORDERED.

                                            DEBRA K. KEMPI, CLERK

                                            By:           /s/
                                                      Deputy Clerk