# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER ANN FULCHER,<br><br>    Defendant. | Case No. 3:14-cr-00063-LRH-WGC<br><br>**ORDER RE:**<br>**STIPULATION TO CONTINUE**<br>**REVOCATION HEARING**<br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for JENNIFER ANN FULCHER and NICHOLAS A. TRUTANICH, United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for October 6, 2020, at 1:30 PM, be vacated and continued to November 19, 2020, at 11:00 AM.

/ / /

This Stipulation is entered into for the following reasons:

Ms. Fulcher is scheduled to appear before this court for a Revocation Hearing on October 6, 2020, at 1:30 PM. Undersigned counsel request that this matter be continued to November 19, 2020, at 11:00 AM, to allow the parties to continue negotiations toward a resolution of this matter.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. Ms. Fulcher is currently on bond.

3. The parties agree to the continuance.

4. This is the third request for a continuance.

DATED this 2nd day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for<br>JENNIFER ANN FULCHER | By */s/ Richard Casper*<br>RICHARD CASPER<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for October 6, 2020, at 1:30 PM, be vacated and continued to November 19, 2020, at 11:00 AM.

DATED this 5th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

3